UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ROQUE DE LA FUENTE, a/k/a "Rocky" De La Fuente,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHANTEL KREBS, IN HER OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF THE STATE OF SOUTH DAKOTA; AND KEA WARNE, IN HER OFFICIAL AS CAPACITY THE DEPUTY SECRETARY OF STATE, ELECTION SERVICES,<br><br>　　　　　Defendants. | 3:16-CV-03035-RAL<br><br><br>SUMMARY JUDGMENT |

　　　Based on the Order on Pending Motions and for the reasons set forth on the record at the August 30, 2016 hearing, it is hereby

　　　ORDERED, ADJUDGED AND DECREED that Summary Judgment enters for Defendants and against Plaintiff on Plaintiff's Complaint under Rules 54, 56 and 58 of the Federal Rules of Civil Procedure.

　　　DATED this 31st day of August, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Roberto A. Lange*
　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE